# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Amy Causby, et al., ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiffs, ) | 1:23-cv-00211-WCM | |
| ) | | |
| vs. ) | | |
| ) | | |
| Nationwide Mutual Insurance ) | | |
| Company, | | |
| Defendant. ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2025 Order.

March 24, 2025

Katherine Hord Simon, Clerk
United States District Court